455 A.2d 194

Commonwealth v. Fostar, Appellant.

Submitted May 20, 1982. Richard E. McCormick, Jr., Assistant Public Defender, for appellant; Albert Nicols, District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.